UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 04863
   SADIE BROOKS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6768

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/09/2004 and was confirmed 04/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.07% from remaining funds.

     The case was paid in full 08/26/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHARTER ONE AUTO FINANCE | SECURED | 5800.00 | 1677.33 | 5800.00 |
| CHARTER ONE AUTO FINANCE | UNSECURED | 4652.75 | .00 | 654.41 |
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 14073.24 | .00 | 1979.40 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14573.17 | .00 | 2049.72 |
| BANK OF AMERICA NA | UNSECURED | 4036.25 | .00 | 567.70 |
| PENNCRO ASSOCIATES INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 11352.44 | .00 | 1596.72 |
| CITY OF CHICAGO PARKING | UNSECURED | 150.00 | .00 | 21.10 |
| EXXON MOBIL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2299.22 | .00 | 323.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 2106.72 | .00 | 296.31 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1161.48 | .00 | 163.36 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 669.64 | .00 | 94.18 |
| ROUNDUP FUNDING LLC | UNSECURED | 1770.66 | .00 | 249.04 |
| WAL MART STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | 2567.76 | .00 | 2567.76 |
| VILLAGE OF DOLTON | SECURED | 400.00 | 26.50 | 400.00 |
| NICOR GAS | UNSECURED | 266.30 | .00 | 37.46 |
| ECAST SETTLEMENT CORP | UNSECURED OTH | 367.67 | .00 | 51.95 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,383.67 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 22,140.00 | |
| PRIORITY | | .00 |
| SECURED | | 8,767.76 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 04863 SADIE BROOKS

```
        INTEREST                                          1,703.83
UNSECURED                                                 8,084.74
ADMINISTRATIVE                                            2,200.00
TRUSTEE COMPENSATION                                      1,383.67
DEBTOR REFUND                                                  .00
                            ----------------   ----------------
TOTALS                            22,140.00          22,140.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08                  /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE